**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1452WM

_____

Federal Deposit Insurance Corporation;   *
        *
     Plaintiff,            *
        *

PSB Credit Services, Inc.,        *    Appeal from the United States
        *    District Court for the Western
     Plaintiff-Appellant,    *    District of Missouri.
        *

     v.               *        [UNPUBLISHED]
        *

Robert Cotitta; Hazel M. Blanchard,   *
        *
     Defendants-Appellees.   *

_____

Submitted: September 12, 1997
Filed: September 18, 1997

_____

Before FAGG, WOLLMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

PSB Credit Services, Inc. appeals the district court's summary judgment rulings in favor of Robert Cotitta on Counts I and II of the complaint. Having thoroughly reviewed the record and the parties' submissions, we affirm for the reasons given in the district court's opinion. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.